IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE REPLACEMENT
THERAPY PRODUCTS LIABILITY LITIGATION
-------------------------------------------------------------------
THIS DOCUMENT RELATES TO:                      MDL No. 2545
*Boyd Overton v. Eli Lilly and Company* 1:15-cv-04569

## STIPULATION OF DISMISSAL OF BOYD OVERTON'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Boyd Overton's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs. This Stipulation dismisses all of Mr. Overton's claims against all parties in the above-captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

DATED: May 24, 2016

| | |
|---|---|
| /s/ Matthew R. McCarley | /s/ David E. Stanley |
| Matthew R. McCarley | David E. Stanley |
| State Bar No. 24041426 | |
| | |
| Fears \| Nachawati Law Firm | REED SMITH LLP |
| 4925 Greenville Avenue | 355 South Grand Avenue |
| Suite 715 | Suite 2900 |
| Dallas, Texas 75206 | Los Angeles, CA 90071 |
| T. (214) 890.0711 | Telephone: 213-457-8000 |
| F. (214) 890.0712 | dstanley@reedsmith.com |
| mccarley@fnlawfirm.com | |
| | |
| **ATTORNEY FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT**<br>**ELI LILLY AND COMPANY** |